**GRANT; REVERSE and REMAND; and Opinion Filed January 31, 2020**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-16-01355-CV**

**MORRISON FAMILY TRUST, KEN MORRISON, TRUSTEE, INDIVIDUALLY,
STONECOAT OF TEXAS, LLC, STONECOAT, LP AND STONECOAT GP, LLC,**
**Appellant**
**V.**
**PHILIPPE MERGAUX, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00790**

## MEMORANDUM OPINION

Before Justices Bridges, Whitehill, and Partida-Kipness[1]
Opinion by Justice Bridges

This appeal was submitted on February 7, 2018. Before the Court issued an opinion, appellee filed a voluntary petition under chapter 7 of the United States Bankruptcy Code. We abated the appeal pending further notification from the parties.

On January 21, 2020, the Court received appellants' and the chapter 7 Trustee for appellee's agreed motion to set aside, remand, and instruct the district court to enter an agreed amended final judgment. We reinstated the appeal.

In the agreed motion, the parties request that, pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(b), we set aside the trial court's judgment without regards to the merits and

---

[1] Justice David Evans was on the original panel; however, as of January 1, 2019, he was replaced by Justice Partida-Kipness. Therefore, Justice Evans did not participate in deciding this substitute opinion. *See* TEX. R. APP. P. 41.1.

remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

We grant the parties' motion. We set aside the trial court's August 16, 2016 final judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' Second Revised Settlement Agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B) (appellate court may dispose of appeal in accordance with an agreement signed by the parties and set aside the trial court's judgment without regard to the merits and remand to trial court for rendition of judgment in accordance with agreement).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

161355F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MORRISON FAMILY TRUST, KEN
MORRISON, TRUSTEE,
INDIVIDUALLY, STONECOAT OF
TEXAS, LLC, STONECOAT, LP AND
STONECOAT GP, LLC, Appellants

No. 05-16-01355-CV     V.

PHILIPPE MERGAUX, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-00790.
Opinion delivered by Justice Bridges.
Justices Whitehill and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, appellants' and the chapter 7 Trustee for appellee's agreed motion to set aside, remand, and instruct the district court to enter an agreed amended final judgment is **GRANTED**.

We **REVERSE** the trial court's August 16, 2016 final judgment without regard to the merits and **REMAND** this case to the trial court for rendition of judgment in accordance with the parties' Second Revised Settlement Agreement.

It is **ORDERED** that each party bear their own costs of this appeal.

Judgment entered January 31, 2020.